**Dismissed and Memorandum Opinion filed January 24, 2012.**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-11-01105-CR

_____

**LEMUEL IGNACIO QUIJANO, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 209th District Court
Harris County, Texas
Trial Court Cause No. 1152406**

## MEMORANDUM    OPINION

This is an attempted appeal from the denial of appellant's motion for free copies of the transcripts from his criminal trial for use in preparing an application for a post-conviction writ of habeas corpus.   In 2010, this court affirmed appellant's conviction for aggravated assault.  *See Quijano v. State,* No. 14-10-00108-CR, 2010 WL 5132588 (Tex. App.—Houston [14th Dist.] Dec. 14, 2010, pet. ref'd).

We lack jurisdiction over an appeal from the denial of appellant's motion for free

copies of his trial record. The denial of a post-conviction motion is not a separately appealable order. Moreover, only the Texas Court of Criminal Appeals has jurisdiction over matters related to post-conviction relief from a final felony conviction. *See Ater v. Eighth Court of Appeals*, 802 S.W.2d 241, 243 (Tex. 1991); *see also* Tex. Code Crim. Proc. Ann. art. 11.07; *Board of Pardons & Paroles ex rel. Keene v. Court of Appeals for Eighth Dist.*, 910 S.W.2d 481, 483 (Tex. Crim. App. 1995) (holding that article 11.07 provides the exclusive means to challenge a final felony conviction).

Accordingly, the appeal is ordered dismissed.


PER CURIAM


Panel consists of Justices Seymore, Boyce, and Brown.
Do Not Publish — Tex. R. App. P. 47.2(b).